IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RICHARD BRIAN COPELAND**                                                                 **PLAINTIFF**

V.                            CASE NO. 5:26-CV-5006

**STATE OF ARKANSAS**                                                                      **DEFENDANT**

## ORDER

On January 15, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, issued a Report and Recommendation (Doc. 5) regarding Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2). Plaintiff has removed his state criminal prosecution to this Court because of alleged malicious prosecution, denial of due process, search and seizure violations, chain of custody errors and evidence tampering, and ineffective assistance of counsel. The Magistrate Judge recommends summarily remanding the case back to state court and denying leave to proceed in this forum. On January 20, 2026, Plaintiff filed Objections to the R&R (Doc. 6) which triggered this Court's *de novo* review of the record.

As the R&R thoroughly explains, removal jurisdiction under 28 U.S.C. § 1443(1) is very limited and only permitted when the plaintiff satisfies a two-pronged test. The R&R details why Plaintiff has failed to satisfy either prong, and the Court agrees with that analysis. Plaintiff's Objections fail to engage meaningfully with the R&R's reasoning; he simply repeats the arguments he raised in the Complaint.

**IT IS THEREFORE ORDERED** that the Objections are **OVERRULED**; the R&R is **ADOPTED** in full; the Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED AS MOOT**; and the Clerk of Court is **DIRECTED** to **SUMMARILY REMAND** this case to the Circuit Court of Washington County, Arkansas.

**IT IS SO ORDERED** on this 18th day of February, 2026.

                                            _/s/ Timothy L. Brooks_
                                            TIMOTHY L. BROOKS
                                            CHIEF UNITED STATES DISTRICT JUDGE